```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHEL W. HILL, Bar #151522
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  ROBERTO SANCHEZ-MENDOZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:10-cr-0109 OWW |
| ) | |
| *Plaintiff,* ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; |
| v.  ) | ORDER THEREON |
| ) | |
| ROBERTO SANCHEZ-MENDOZA, ) | Date : September 12, 2011 |
| ) | Time: 9:00 a.m. |
| *Defendant.* ) | Judge: Hon. Oliver W. Wanger |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-entitled matter currently scheduled for September 6, 2011, **may be continued to September 12, 2011, at 9:00 a.m.**

The reason is that while the presentence investigation report has been prepared, it will not have been finalized in time to review it with our client prior to the hearing currently scheduled. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded because the ends
2    of justice served by continuing this case outweigh the best interests of the public and the defendant in a
3    speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§
4    3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                                                           BENJAMIN B. WAGNER
                                                           United States Attorney

DATED: August 31, 2011                                     /s/ Jared D. Renfro
                                                           JARED D. RENFRO
                                                           Special Assistant United States Attorney
                                                           Attorney for Plaintiff


                                                           DANIEL J. BRODERICK
                                                           Federal Defender


DATED: August 31, 2011                                     /s/ Rachel W. Hill
                                                           RACHEL W. HILL
                                                           Assistant Federal Defender
                                                           Attorney for Defendant
                                                           Roberto Sanchez-Mendoza


**O R D E R**

**IT IS SO ORDERED.**

DATED: _August 31, 2011

                                                           _/s/ OLIVER W. WANGER_____
                                                           OLIVER W. WANGER
                                                           United States District Court Judge










Sanchez-Mendoza - Stipulation to Continue Status
Conference Hearing;  Order                          2